

**Robert Lane Carey**, OSB No. 87186
    Direct Dial:   (503) 802-2032
    Direct Fax:   (503) 972-3732
    E-Mail:      bob.carey@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

EDDARINE ROACH,

    Plaintiff,

    v.

LEGACY HEALTH SYSTEM, an Oregon
corporation,

    Defendant.

CV '08 - 053 4 - JO
Civil No.

**NOTICE OF REMOVAL**

**(Pursuant to 28 U.S.C. §§ 1331,
1367, 1441, and 1446)**

Defendant Legacy Health System ("Legacy") hereby gives notice that the above

action is removed from the Circuit Court of the State of Oregon for Multnomah County, in which

Court said cause is now pending, to the United States District Court for the District of Oregon,

pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

    IN SUPPORT THEREOF, Defendant states as follows:

    1.    Defendant is a party in a civil action brought against it in the Circuit Court

of the State of Oregon for the County of Multnomah entitled *Eddarine Roach v. Legacy Health

System*, Case No. 0804-05034, filed on April 2, 2008.

    2.    The first date upon which Defendant Legacy received notice of the

Complaint was April 10, 2008, when it was served with the Summons and Complaint.

#21039  21053

3.  Exhibit 1 constitutes all process, pleadings, and orders served upon Defendant in this action to date.

4.  This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 because Plaintiff's First Claim for Relief is brought under Title VII of the U.S. Code, 42 U.S.C. § 2000e-5. Plaintiff's Second Claim for Relief is brought under 42 U.S.C. § 1981. Therefore, Defendant may remove this action to this Court pursuant to the provisions of 28 U.S.C. § § 1441 and 1446.

5.  The Court has supplemental jurisdiction over Plaintiff's Third Claim for Relief pursuant to 28 U.S.C. § 1367.

6.  This Notice of Removal is timely filed with the Court within 30 days of the earliest date by which Defendant was served as provided in 28 U.S.C. § 1446(b).

7.  Removal venue lies in this Court because Plaintiff's action was filed and is pending in this District.

8.  Promptly upon filing this Notice of Removal, Defendant will provide written notice to the Plaintiff and file a copy of this Notice of Removal with the Clerk of the Multnomah County Circuit Court.

9.  Defendant is represented by the undersigned counsel and joins in this removal.

10.  By filing this Notice of Removal and removing this case, Defendant does not waive, but rather expressly preserves any and all defenses.

11.  This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendant respectfully notes its removal of the captioned matter to the United States District Court for the District of Oregon.

DATED this 2nd day of May, 2008.

TONKON TORP LLP

By: _____

**Robert Lane Carey**, OSB No. 87186
    Direct Dial:    (503) 802-2032
    Direct Fax:    (503) 972-3732
    E-mail:       bob.carey@tonkon.com
Of Attorneys for Defendant

# *Accelerated Process Service*

2512 Northeast 151st Ave, Vancouver WA  98684  503-248-7076



# **PROOF OF SERVICE**

Case #          0804-05034          Multnomah Country Circuit Court
                                    State of Oregon

Plaintiff:      EEDARINE ROACH
Defendant:      LEGACY HEALTH SYSTEMS

I declare that on 4/10/08 at 8:58 a.m. I personally served the Summons and Complaint on
Becky Miller (personal assistant to registered agent Campell Groner III) at 1919 NW
Lovejoy St, Portland, Oregon.

I declare under penalty of perjury I am over the age of 18 years and not a party to this action,
the foregoing is true and correct and this declaration was executed on 4/11/08 at 5:07 a.m., at
2512 NE 151st Ave, Vancouver, Washington.

Jason Fitzgerald

Process Server
Accelerated Process Service

> ENTERED
>
> APR 16 2008
>
> IN REGISTER BY AM

Subscribed and Sworn to before me this *11th* day of *April*, 2008.

Notary Public for *Oregon*
In the County of *Multnoman*

My Commission Expires *Sept 23, 2011*



OFFICIAL SEAL
VERONICA HINOJOSA
NOTARY PUBLIC-OREGON
COMMISSION NO. 421629
MY COMMISSION EXPIRES SEPTEMBER 23, 2011

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| EEDARINE ROACH, | ) | **0804-05934** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | SUMMONS |
| | ) | |
| LEGACY HEALTH SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TO: DEFENDANT'S REGISTERED AGENT:P. CAMPBELL GRONER III, 1919 NW LOVEJOY PORTLAND, OREGON 97209** You are hereby required to appear and defend the complaint filed against you in the captioned case within 30 days from the date of service of this summons upon you, and in case of your failure to do so plaintiff will apply to the court for the relief demanded in the complaint.

### NOTICE TO DEFENDANT - READ THESE PAPERS CAREFULLY

You must appear in this case or the other side will automatically win. To appear you must file with the court a legal document called a motion or an answer. The answer must be given to the court clerk within 30 days along with the required filing fee. It must be in proper form with proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon plaintiff.

If you have any questions you should see an attorney.

Sona Jean Joiner #84013
2450 NE Halsey Street
Portland, Oregon  97232
(503) 241-1113

STATE OF OREGON, County of Multnomah, ss.; I the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact copy of the original summons in the above captioned action

_Attorney for Plaintiff_

Page 1 - SUMMONS

ENTERED

APR 0 2 2008

IN REGISTER BY VAL

FILED
08 APR -2 PM 2:21
FOR MULTNOMAH COUNTY
CIRCUIT COURT

1

2

3    Sona Jean Joiner, OSB #840133
     2450 NE Halsey Street
4    Portland, Oregon 97232
     Phone: (503) 241-1113
5    Attorney for Plaintiff

6

7

8

9

10              IN THE CIRCUIT COURT OF OREGON

11                FOR THE COUNTY OF MULTNOMAH                **05034**

12   EDDARINE ROACH,                    )
13                                      )        Civil No. **0804-05034**
                                        )
14           Plaintiff,                 )        COMPLAINT:
                                        )
15           vs                         )        Race Discrimination -Title VII,
16                                      )        42 USC 1982, ORS 659A.030
                                        )
17   LEGACY HEALTH SYSTEM,              )
                                        )
18                                      )
             Defendant.                 )        **JURY TRIAL REQUESTED**
19                                      )
20                                               **DEMAND OVER $100,000**

21                                               **NOT SUBJECT TO
                                                 MANDATORY ARBITRATION**
22

23   ///

24   ///

25

26

        Page 1 - COMPLAINT                    Sona Jean Joiner
                                              Attorney at Law
                                              2450 NE Halsey
                                              Portland, OR 97232
                                              Tel: (503) 241-1113
                                              Fax: (503) 274-1214

1

2                          **NATURE OF THE ACTION**

3        1.     This is an action under Title VII of the Civil Rights Act of 1991

4    and the Civil Rights Act of 1866 to correct unlawful employment practices

5    based on race and national origin, to vindicate plaintiff's rights and the rights

6    of others to fair treatment and equal opportunity, and to make plaintiff whole.

7

8    Plaintiff, an African-American female, was subjected to intimidation and

9    harassment due to her race and was terminated from her position as a switch

10   board operator due to her race.

11       2.     This is also an action for violation of the Oregon State

12   Discrimination law, ORS 659A.030, pursuant to the court's supplemental

13   jurisdiction.

14                        **JURISDICTION AND VENUE**

15

16       3.     This court has jurisdiction over the subject matter of this

17   Complaint pursuant to 28 U.S.C. §§ 451, 1331, 1337 and 1343.  This action is

18   authorized and instituted pursuant to Sections 706 of Title VII of the Civil

19   Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3), pursuant

20   to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981 (A).

21       4.     The court has jurisdiction over plaintiff's state law claim set forth

22   in this complaint pursuant to its supplemental jurisdiction to hear related state

23

24

25

26

Page 2 - COMPLAINT                          Sona Jean Joiner
                                           Attorney at Law
                                    _ _____

                                   Tel: (503) 241-1115
                                   Fax: (503) 274-1214

1
2
3
4
5
6

law claims under 28 U.S.C. Section 1367(a).  Both the federal and state claims alleged herein arose from a common nucleus of operative facts, the state action is so related to the federal claim that they form part of the same case or controversy, and the actions would be expected to be tried in one judicial proceeding.

7
8

     5.     The employment practices alleged herein were committed in the District of Oregon.  Venue is proper pursuant to 42 U.S.C. § 2000e-5(f)(3).

9
10

**PARTIES**

11
12

     6.     Plaintiff is a citizen of the United States and a resident of the State of Oregon.

13
14
15

     7.     Defendant Legacy Health Systems is corporation doing business in Portland, Oregon, and continuously had and does now have more than 50 employees.

16

**FIRST CLAIM FOR RELIEF AGAINST DEFENDANT**

17

**Title VII of the Civil Rights Act of 1964**

18
19
20

     8.     Plaintiff incorporates by reference the allegations is paragraphs 1 through 7.

21
22
23

     9.     Plaintiff, an African-American female, was employed by defendant from approximately July 2000, until her termination on April 13, 2007.

24
25
26

Page 3 - COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

10.    Since sometime in 2004, plaintiff's supervisor, Betty Hoyt, and various co-employees, subjected plaintiff, up till and through the date of her termination, to a hostile work environment because of her race.

11.    Plaintiff complained of this to her manager

12.    As a result of her reporting the harassing and discriminatory treatment, defendant retaliated by terminating plaintiff.

13.    Plaintiff's termination and denial of the same conditions and terms of employment as white employees were in violation of Title VII of the Civil Rights Act of 1964.

14.    As a result of defendants' acts described in this complaint, plaintiff has suffered the loss of wages and benefits of her employment in the approximate amount of $45,000 from the date of termination through the date of filing this complaint plus such additional amounts in lost wages and benefits from the date of filing through the date of trial as will be proven at trial.

15.    Plaintiff should be awarded an amount to be determined at trial for future lost wages and benefits of employment and lost future earning power.

Page 4 - COMPLAINT

Sona Jean Joiner
Attorney at Law

Tel: (503) 241-1113
Fax: (503) 274-1214

16.    As a result of defendant's acts described in this complaint, plaintiff suffered severe emotional distress, loss of dignity, humiliation, physical pain and nausea, anguish, and embarrassment, for which she should recover from defendant damages in the amount of $300,000 or such amount as may be set by a jury, to compensate her for such injuries.

17.    Plaintiff is entitled to recover her reasonable attorney fees, costs, and expert witness expenses pursuant to 42 U.S.C. §2000e-5(k) and the Civil Rights Act of 1991.

## SECOND CLAIM OF RELIEF AGAINST DEFENDANT

### Civil Rights Act of 1866

18.    Plaintiff re-alleges paragraphs 1 through 16.

19.    Plaintiff's termination and the denial of the same conditions and terms of employment as white employees were in violation of the Civil Acts of 1866, 42 USC Section 1981.

## THIRD CLAIM OF RELIEF AGAINST DEFENDANT

### Unlawful Employment Practices -- ORSA 659.030

20.    Plaintiff realleges paragraphs 1 - 16.

21.    Plaintiff's termination and the denial of the same conditions and terms of employment as white employees were in violation of ORSA 659.030.

Page 5 - COMPLAINT

22.    Plaintiff is entitled to recover her reasonable attorney fees and expert witness expenses pursuant to ORS 659A.121(1) & (2).

WHEREFORE, plaintiff requests the Court to:

1.    Assume jurisdiction over each of the causes set forth herein.

2.    Order defendant to make plaintiff whole by providing compensation for nonpecuniary losses, including physical and emotional pain and suffering, mental anguish, humiliation, embarrassment, and loss of enjoyment of life.

3.    Order defendant to pay plaintiff's lost past and future wages and benefits of employment.

4.    Award plaintiff her costs of suit, reasonable attorney fees, costs, and expert witness fees.

5.    Order defendant to pay pre-judgment and post-judgment interest on all amounts due to plaintiff as a result of this action.

///

///

///

Sona Jean Joiner
Attorney at Law

Tel: (503) 241-1113
Fax: (503) 274-1214

1

2
## **Jury Trial Demand**

3
Plaintiff demands a jury trial on all questions of fact or combined

4
questions of law and fact raised by this Complaint.

5
**DATED** this ___/___ day of *April*, 2008.

6

7
Sona Jean Joiner

8

9

10

By: _____

11
Sona Jean Joiner, OSB 840133

12
Of Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 7 - COMPLAINT

Sona Jean Joiner

Portland, Oregon 97204
Tel: (503) 241-1113
Fax: (503) 274-1214

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL (Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446) - By Defendant Legacy Health System** on:

> Sona Jean Joiner
> Attorney at Law
> 2450 NE Halsey
> Portland, OR 97232

☐ by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

☑ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to each attorney at each attorney's last-known facsimile number on the date set forth below; or

☐ by concurrently electronically mailing this document in Word format to each attorney's last-known e-mail address on the date set forth below

DATED this 2nd day of May, 2008.

TONKON TORP LLP

By: _____
Robert Lane Carey, OSB No. 87186
Of Attorneys for Defendant

006030\00003\946581 V001

Page 1 -    CERTIFICATE OF SERVICE